PETER C. ANDERSON
UNITED STATES TRUSTEE
Frank M. Cadigan (Bar No. 95666)
Assistant U.S. Trustee
Ronald Reagan Federal Building &
        United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  frank.cadigan@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In re:<br><br>QUANTUM FUEL SYSTEMS<br>TECHNOLOGIES WORLDWIDE INC.,<br><br><br>                                    Debtor. | CASE NUMBER: **8:16-bk-11202 MW**<br><br>CHAPTER 11<br><br>APPOINTMENT AND NOTICE OF<br>APPOINTMENT OF COMMITTEE OF<br>CREDITORS HOLDING UNSECURED<br>CLAIMS |
|---|---|

**TO THE HONORABLE MARK S. WALLACE UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven

members to serve on the Committee of Creditors holding unsecured claims.

**SEE EXHIBIT "A" ATTACHED**

DATED:  March 31, 2016                             PETER C. ANDERSON
                                                   UNITTED STATES TRUSTEE


                                                   /s/ Frank Cadigan
                                                   By:  Frank Cadigan
                                                          Assistant U.S. Trustee

**Quantum Fuel Systems Technologies Worldwide, Inc., 8:16-11202 MW**

| CREDITOR Company Name | CONTACT PERSON | ADDRESS |
|---|---|---|
| Toray Carbon Fibers America, Inc. | Greg Clemons, CFO | P.O. Box 248 Decatur, AL 35602 |
| West Coast Gasket Co, Inc. | Louis Russell, President | 300 Ranger Avenue Brea, CA 92821 |
| Dowding Industries, Inc | C. Christine Dowding Metts, CEO | 449 Marlin Street Eaton Rapids, MI 48827 |
| Mainstay Fuel Technologies, Inc. | Rod Grandy, CEO | 100 Hurricane Creek Rd. Piedmont, SC 29673 |
| Duggan Manufacturing | Tony Pinho, President | 50150 Ryan Road Shelby Township, MI 48317 |
| Haskell & White LLP | Rick Smetanka, Partner | 300 Spectrum Center Dr. Suite 300 Irvine, CA 92618 |
| Mitsubishi Rayon Carbon Fiber & Composites, Inc. | Donald J. Carter | 5900 88th Street Sacramento, CA 95828 |

**EXHIBIT "A"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160,, SANTA ANA, CA  92701

A true and correct copy of the foregoing document described as **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 31, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below

Megan M Adeyemo      madeyemo@gordonrees.com, dhouser@gordonrees.com
•Jeffrey D Cawdrey     jcawdrey@gordonrees.com,
slemos@gordonrees.com;jmydlandevans@gordonrees.com;amontgomery@gordonrees.com
•Jennifer E Duty     jduty@gordonrees.com, jmydlandevans@gordonrees.com
•Angela Ferrante     pacerteam@gardencitygroup.com, andrew.buck@gardencitygroup.com
•Michael J Hauser     michael.hauser@usdoj.gov
•Marshall J Hogan     mhogan@foley.com, vgoldsmith@foley.com
•Steven G Polard     stevenpolard@dwt.com, melissastrobel@dwt.com;Linapearmain@dwt.com
• United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
•Victor A Vilaplana     vavilaplana@foley.com, rhurst@foley.com

☐Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 31, 2016,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Quantum Fuel Systems Technologies Worldwide, Inc.
25242 Arctic Ocean Drive
Lake Forest, CA 92630          ☐Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 31, 2016,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace ---bin outside Room 6097

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March-31-16 | Kristina M. Howard | /s/ Kristina M. Howard |
|---|---|---|
| *Date* | *Type Name* | *Signature* |