VICTOR A. VILAPLANA, CA Bar No. 58535
vavilaplana@foley.com
MIKLE S. JEW, CA Bar No. 316372
mjew@foley.com
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
P: 858.847.6700 F: 858.792.6773

JOHN A. SIMON (*Admitted Pro Hac Vice*)
jsimon@foley.com
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
P: 313.234.7100 F: 313.234.2800

Attorneys for Debtor QF Liquidation, Inc. fka
Quantum Fuel Systems Technologies Worldwide,
Inc., dba Quantum Technologies

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| IN RE | ) CASE NO: 8:16-BK-11202-MW |
| | ) |
| QF LIQUIDATION, INC. (F/K/A QUANTUM | ) CHAPTER 11 |
| FUEL SYSTEMS TECHNOLOGIES | ) |
| WORLDWIDE, INC., DBA QUANTUM | ) **DEBTOR'S MONTHLY OPERATING REPORT (FOR** |
| TECHNOLOGIES), | ) **MONTH ENDING JUNE 30, 2018)** |
| | ) |
| DEBTOR. | ) JUDGE: HON. MARK S. WALLACE |
| | ) |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Quantum Technologies<br>Chapter 11 Debtor in Possession<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:16-bk-11202<br>Operating Report Number: 28<br>For the Month Ending: 6/30/2018 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ 17,165,240.44

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS $ 16,928,328.98

3.  BEGINNING BALANCE: $ 236,911.46

4.  RECEIPTS DURING CURRENT PERIOD:
Deposits from Other DIP Accounts $ -
Deposits from Non-DIP Accounts $ -

   TOTAL RECEIPTS THIS PERIOD: $ -

5.  BALANCE: $ 236,911.46

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts $ -
Disbursements $ 43.00

   TOTAL DISBURSEMENTS THIS PERIOD: $ 43.00

7.  ENDING BALANCE: $ 236,868.46

8.  General Account Number(s): ███5523

   Depository Name & Location:     East West Bank
   134 N Los Robles Ave, Pasadena, CA 91101

000002

TOTAL DISBURSEMENTS FROM PETITION DATE FOR THIS ACCOUNT

| Date mm/dd/yyyy | Check/Ref Number | Type | Payee or DIP account | Purpose | Amount Transfered | Amount Disbursed | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 6/4/2018 | NA | Other | East West Bank | Bank Charges | | 18.00 | 18.00 |
| 6/4/2018 | NA | Other | East West Bank | Bank Charges | | 25.00 | 25.00 |
| | | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | $    - | $    43.00 | $    43.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___6/30/2018___    Balance on Statement: ___$237,320.12___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    $          -

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 100445 | 6/24/2016 | $      451.66 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                    $      451.66

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       $236,868.46

000004

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS    $    3,300,596.53

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS    $    3,300,596.53

3. BEGINNING BALANCE:    $    -

4. RECEIPTS DURING CURRENT PERIOD:    $    -
(Transferred from General Account)

5. BALANCE:    $    -

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***    $    -

7. ENDING BALANCE:    $    -

8. PAYROLL Account Number(s):    CLOSED

Depository Name & Location:

2. CASH DISBURSEMENTS FROM INVESTMENT ACCOUNT (CONT'D)(NOT CHECKING)(IF NEEDED)

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $            - |

000006

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date:  _____N/A_____    Balance on Statement:  _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                   $              -

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                  $              -

Bank statement Adjustments:                            _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      $0.00

I. CASH RECEIPTS AND DISBURSEMENTS
C. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLATERAL ACCOUNT REPORTS    $    12,680,562.86

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLATERAL
ACCOUNT REPORTS    $    12,429,116.74

3.  BEGINNING BALANCE:    $    251,446.12

4.  RECEIPTS DURING CURRENT PERIOD:    $    -

5.  BALANCE:    $    251,446.12

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:    $    -

7.  ENDING BALANCE:    $    251,446.12

8.  CASH COLLATERAL Account Number(s):    ████5551

Depository Name & Location:    East West Bank
134 N Los Robles Ave, Pasadena, CA 91101

000008

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Total Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  | TOTAL DISBURSEMENTS THIS PERIOD: | $        - |
|---|---|---|---|

000009

CASH COLLATERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____6/30/2018_____    Balance on Statement: _____$251,446.12_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | $        - |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | $        - |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $251,446.12 |

000010

I. D. SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

*(Provide a copy of monthly account statements for each of the below)*

| | |
|---|---|
| General Account: | $236,868.46 |
| Payroll Account: | $0.00 |
| Cash Collateral Account: | $251,446.12 |

Other Accounts:

Other Monies:

| | |
|---|---|
| Petty Cash (from below): | $          - |

**TOTAL CASH AVAILABLE:**                                    $     488,314.58

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

**TOTAL PETTY CASH TRANSACTIONS:**                          $          -

000011

STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $          - |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:  $          -

Total Wages Paid:  $          -

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | $          - | $          - | N/A |
| State Withholding | $          - | $          - | N/A |
| FICA- Employer's Share | $          - | $          - | N/A |
| FICA- Employee's Share | $          - | $          - | N/A |
| Federal Unemployment | $          - | $          - | N/A |
| Sales and Use | $          - | $          - | N/A |
| Real Property | $          - | $          - | N/A |
| Other: | | | |
| TOTAL: | $          - | $          - | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| TOTAL: | $            - | $          - | $          - |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| D&O - primary | XL Specialty Insurance Co | 5,000,000 | 9/30/2018 | 9/30/2018 |
| D&O - excess 1st layer | Old Republic Ins Co | 5,000,000 | 9/30/2018 | 9/30/2018 |
| D&O - excess 2nd layer | National Union Fire Co of Pi | 5,000,000 | 9/30/2018 | 9/30/2018 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2016 | $        148,890 | $             975.00 | 5/17/2016 | $          975.00 | $          - |
| 30-Jun-2016 | $     13,336,142 | $        13,000.00 | 7/22/2016 | $     13,000.00 | $          - |
| 30-Sep-2016 | $      7,662,977 | $        13,000.51 | 12/9/2016 | $     13,000.51 | $          - |
| 31-Dec-2016 | $      1,213,252 | $          6,500.00 | 12/28/2016 | $       6,500.00 | $          - |
| 31-Mar-2017 | $          48,204 | $             649.49 | 4/19/2017 | $          649.49 | $          - |
| 30-Jun-2017 | $          89,519 | $             975.00 | 8/7/2017 | $          975.00 | $          - |
| 30-Sep-2017 | $            8,466 | $             325.00 | 10/25/2017 | $          325.00 | $          - |
| 31-Dec-2017 | $          35,118 | $             650.00 | 1/9/2018 | $          650.00 | $          - |
| 31-Mar-2018 | $            4,996 | $             325.00 | 4/3/2018 | $          325.00 | $          - |
| 30-Jun-2018 | $          34,106 | $             650.00 |  |  | $     650.00 |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  |  |  |  | $          - |
|  |  | $        37,050.00 |  | $     36,400.00 | $     650.00 |

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

000014

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS 2)

|  | June 2018 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** |  |  |
| Gross Product Sales/Revenue |  | $8,647,311 |
| Gross Contract & License Fee Revenue |  | $1,579,417 |
| Less: Returns/Discounts |  | $0 |
| Net Sales/Revenue |  | $10,226,728 |
|  |  |  |
| **Cost of Goods Sold:** |  |  |
| Beginning Inventory at cost |  | $9,143,311 |
| Purchases |  | $4,905,041 |
| Less: Ending Inventory at cost |  | $8,908,783 |
| Cost of Goods Sold (COGS) |  | $5,139,569 |
| Inventory variances related to Q2 |  | $203,391 |
| Direct Labor |  | $506,683 |
| Indirect COGS |  | $1,988,719 |
| Cost of Contract Revenue |  | $322,144 |
|  |  |  |
| **Gross Profit** |  | $2,066,223 |
|  |  |  |
| Other Operating Income (Itemize) |  |  |
|  |  |  |
| **Operating Expenses:** |  |  |
| Payroll - Insiders |  | $321,052 |
| Payroll - Other Employees |  | $1,400,403 |
| Payroll Taxes |  | $215,178 |
| Other Taxes (Itemize) |  | $21,663 |
| Depreciation and Amortization |  | $293,716 |
| Rent Expense - Real Property |  | $216,695 |
| Lease Expense - Personal Property |  | $12,886 |
| Insurance |  | $440,140 |
| Real Property Taxes |  | $24,366 |
| Telephone and Utilities |  | $108,426 |
| Repairs and Maintenance |  | $123,110 |
| Travel and Entertainment (Itemize) |  |  |
| Meals & Entertainment |  | $1,335 |
| Travel & Subsistence |  | $10,848 |
| Miscellaneous Operating Expenses (Itemize) |  | $39,945 |
| Legal & Consulting Fees |  | $121,675 |
| Equipment Supplies |  | $117,738 |
| Shared Services (I.T., Procurement, Facility) |  | $75,210 |
| Provision for General Reserves for Accts Rec |  | $73,188 |
| Total Operating Expenses | $0 | $3,617,574 |
|  |  |  |
| Net Gain/(Loss) from Operations | $0 | ($1,551,351) |
|  |  |  |
| **Non-Operating Income:** |  |  |
| Interest Income |  | $0 |
| Net Gain on Sale of Assets (Itemize) |  | $617,122 |
| Income from discontinued operations |  | $81,451 |
| Total Non-Operating income |  | $698,573 |
|  |  |  |
| **Non-Operating Expenses:** |  |  |
| Interest Expense |  | $848,539 |
| Legal and Professional (Itemize) |  |  |
| Company Restructuring Advisors / CRO |  | $907,471 |
| Debtor Counsel |  | $919,601 |
| Corporate Counsel |  | $49,133 |
| UCC Counsel |  | $377,102 |
| Claims Agent | $1,120 | $458,463 |
| Investment Banker |  | $325,000 |
| US Trustee | $650 | $37,050 |
| Other | $43 | $232,948 |
| Total Non-Operating Expenses | $1,813 | $4,155,306 |
|  |  |  |
| **NET INCOME/(LOSS)** | ($1,813) | ($5,008,084) |

000015

X-5 BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | $ 488,315 | |
| Total Current Assets | | $ 488,315 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | $ - |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Deposits and other assets | | |
| Discontinued Operations held for Sale | | |
| Total Other Assets | | $ - |
| | | |
| TOTAL ASSETS | | $ 488,315 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Professional fees | $ 169,270 | |
| Total Post-petition Liabilities | | $ 169,270 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | $ 194,584 | |
| Unsecured Liabilities | $ 6,332,169 | |
| Total Pre-petition Liabilities | | $ 6,526,753 |
| | | |
| TOTAL LIABILITIES | | $ 6,696,023 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | $ (1,199,624) | |
| Post-petition Profit/(Loss) | $ (5,008,084) | |
| TOTAL EQUITY | | $ (6,207,708) |
| | | |
| TOTAL LIABILITIES & EQUITY | | $ 488,315 |

AL QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as
have been authorized by the court?  If "Yes", explain below:                                    No        Yes
                                                                                               x        ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration
to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes",
explain below:                                                                                  No        Yes
                                                                                               x        ___

3.
   State what progress was made during the reporting period toward filing a plan of reorganization
   The Debtor is in the final stages of proposing a plan for the remaining assets in the estate.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the
   reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If
   "Yes", please set forth the amounts and sources of the income below.                         No        Yes
                                                                                               x        ___

I, Nishant Machado, Chief Restructuring Officer,
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-
   possession operating report and that the information contained herein is true and complete to the
   best of my knowledge.

7/21/2018
Date                                                              Principal for debtor-in-possession

000017

# EAST WEST BANK

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: June 01, 2018
ENDING DATE: June 30, 2018
Total days in statement period: 30

▮▮▮▮▮5523
( 2 )

QUANTUM FUEL SYSTEMS TECHNOLOGIES WORLDW
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11202
GENERAL ACCOUNT
25242 ARCTIC OCEAN DR
LAKE FOREST CA 92630-8821

For a limited time, enjoy $0 transaction
fees on all currency purchases and sales
over $300 USD. Visit a local branch or
call 888.819.8883 for details. Standard
fees apply for transactions under $300
USD. Offer ends 12/31/18. Terms and
conditions apply.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | ▮▮▮▮5523 | Beginning balance | | $247,352.76 |
| Enclosures | 2 | Total additions | ( 0) | .00 |
| Low balance | $237,320.12 | Total subtractions | ( 4) | 10,032.64 |
| Average balance | $243,523.38 | Ending balance | | $237,320.12 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 100602 | 06-04 | 239.64 | 100603 | 06-20 | 9,750.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-04 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 18.00 |
| 06-04 | Cash Managemnt | BB PREMIER WIRE MO DULE | 25.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 247,352.76 | 06-04 | 247,070.12 | 06-20 | 237,320.12 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

000018

3409      rev 05-16

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: June 01, 2018
ENDING DATE: June 30, 2018
Total days in statement period: 30
█████5551
( 0)

QUANTUM FUEL SYSTEMS TECHNOLOGIES WORLDW
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11202
CASH COLLATERAL ACCT
25242 ARCTIC OCEAN DR
LAKE FOREST CA 92630

For a limited time, enjoy $0 transaction
fees on all currency purchases and sales
over $300 USD. Visit a local branch or
call 888.819.8883 for details. Standard
fees apply for transactions under $300
USD. Offer ends 12/31/18. Terms and
conditions apply.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | █████5551 | Beginning balance | $251,446.12 |
| Low balance | $251,446.12 | Total additions ( 0) | .00 |
| Average balance | $251,446.12 | Total subtractions ( 0) | .00 |
| | | Ending balance | $251,446.12 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

000019

3409     rev 05-16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3579 Valley Centre Drive, Suite 300, San Diego, CA  92130

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Monthly Operating Report (for Month Ending June 30, 2018)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**SEE ATTACHED LIST**

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 23, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**(Via attorney service for delivery first a.m. 07/24/18)**
Hon. Mark S. Wallace
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 6135
Santa Ana, CA  92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 07/23/18 | Vicki L. Goldsmith | */s/  Vicki L. Goldsmith* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4843-0186-1682.1

**F 9013-3.1.PROOF.SERVICE**
000020

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Megan M Adeyemo    madeyemo@gordonrees.com, ldalton@grsm.com
- Isaiah Benjamin Blady    bblady@bwlawgroup.com, ghernandez@bwlawgroup.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Frank Cadigan    frank.cadigan@usdoj.gov
- Jeffrey D Cawdrey    jcawdrey@grsm.com,
  jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- Lisa R Chandler    lisa.chandler@ipfs.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com,
  raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Joseph R Dunn    jrdunn@mintz.com,
  docketing@mintz.com;tlmayo@mintz.com;SARamuta@mintz.com
- Jennifer Eileen Duty    jduty@nationalfunding.com, mspurrier@nationalfunding.com
- Angela Ferrante    pacerteam@gardencitygroup.com, andrew.buck@gardencitygroup.com
- Noah Green    noah@leegreenlaw.com, sblum@ryanattorneys.com
- Anna Gumport    agumport@sidley.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Marshall J Hogan    mhogan@foley.com, scrisp@swlaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Alexandra S Kelly    akelly@linerlaw.com, cbullock@linerlaw.com
- John F Kurtz    jkurtz@hawleytroxell.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Hugh McCullough    hughmccullough@dwt.com, elainehuckabee@dwt.com
- Laura A Meyerson    laura.meyerson@sce.com
- Sean A OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
- Steven G. Polard    spolard@eisnerlaw.com, lewing@eisnerlaw.com
- Ragan L Powers    raganpowers@dwt.com,
  naraneves@dwt.com;gailkataoka@dwt.com;seadocket@dwt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Leonard M Shulman    lshulman@shbllp.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Victor A Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Glenn S Walter    gwalter@honigman.com, jcalton@honigman.com
- William P Weintraub    WWeintraub@goodwinprocter.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Emily Young    pacerteam@gardencitygroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**
4843-0186-1682.1                                                                        000021